**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-7237

WAYNE DOUGLAS LENEAU,

Plaintiff – Appellant,

v.

J. BENJAMIN APLIN, South Carolina Department of Probation, Parole, and Pardon Services,

Defendant – Appellee.

Appeal from the United States District Court for the District of South Carolina, at Florence.  Cameron McGowan Currie, District Judge.  (4:09-cv-00932-CMC)

Submitted:  October 20, 2009        Decided:  October 27, 2009

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Wayne Douglas Leneau, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Douglas Leneau appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B)(ii) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Leneau v. Aplin, No. 4:09-cv-00932-CMC (D.S.C. June 22, 2009). Further, we deny Leneau's motion for transcripts and copies at Government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED